# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON LEONARD SCHOFIELD,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, ET AL.,<br><br>Defendants. | Case No. 2:24-cv-06590-MRA-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's September 18, 2024, Order Dismissing Action Without Prejudice for Improper Venue,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 29, 2024

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE